**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRUCE MYERS,** | : | **CIVIL ACTION NO. 1:26-CV-1425** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **THOMAS MCGINLEY, *et al.*,** | : | |
| | : | |
| **Respondents** | : | |

**ORDER**

AND NOW, this 27th day of August, 2026, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

2. A certificate of appealability will not issue.

3. The Clerk of Court is directed to terminate the Attorney General of Pennsylvania as a respondent in this action.

4. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania